**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COLLEGE SPORTS COUNCIL, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF EDUCATION, *et al.* ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 03-2588 (EGS) |

### ORDER

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 1st day of March, 2005, hereby

**ORDERED** that this case is **DISMISSED** for lack of subject matter jurisdiction. It is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of defendants and shall remove this case from the active calendar of the Court.

**Signed:    Emmet G. Sullivan**
            **United States District Judge**
            **March 1, 2005**